**Order issued September 30, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

_____

### No. 05-12-01310-CR
_____

### RYAN EUGENE CROOK, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

# O R D E R

Before Justices O'Neill, Lang-Miers, and Evans

Based on the Court's opinion of this date, we **GRANT** the April 17, 2013 motion of Valencia Bush for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Valencia Bush as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Ryan Eugene Crook, Bookin No. 12046964, Dallas County Jail, P.O. Box 660334, Dallas, Texas, 75266-0334.

/Michael J. O'Neill/
MICHAEL J. O'NEILL
JUSTICE